UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PERFECT HEALTH LLC,

                           **ORDER ADOPTING REPORT**
          Plaintiff,          **AND RECOMMENDATION**

  -against-                    17-cv-3640 (DRH)(ARL)

DANBURY PHARMA, LLC,

          Defendant.
-----------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated February 27, 2018, recommending that plaintiff's motin for default judgment be granted that damages be awarded in the amount of $162,915.50 for unpaid invoices, together with prejudgment interest in the amount of $14,998.13 and costs in the amount of $400.00 for a total award of $178,313.63. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the February 27, 2018 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that plaintiff's motion for default judgment is granted and plaintiff is awarded damages for unpaid invoices in the amount of $162,915.50, together with prejudgment interest in the amount of $14,998.13 and costs in

the amount of $400.00 for a total award of $178,313.63. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, New York
      March 20, 2018

                                                                                                               s/ Denis R. Hurley
                                                                                                               Denis R. Hurley
                                                                                                               United States District Judge